IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HAYES PROJECT, PLLC d/b/a MONTANA CENTER FOR FACIAL PLASTIC SURGERY,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH D. STEINSAPIR and KENNETH D. STEINSAPIR, M.D., INC.,<br><br>Defendants. | Case No. CV-19-98-BLG-SPW-TJC<br><br>**ORDER DISMISSING WITH PREJUDICE** |

Upon the Plaintiff's Unopposed Motion for Voluntary Dismissal with Prejudice (Doc. 2), and for good cause appearing,

IT IS HEREBY ORDERED that all claims asserted in this litigation are **Dismissed With Prejudice**, with each party to pay its own costs and fees.

DATED this 5th day of November, 2019.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE